IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DR. KAY MORGAN                                                                                              PLAINTIFF

v.                                                                  CIVIL ACTION NO. 1:23-cv-00072-SA-DAS

DR. MARTY BRAY and                                                                                       DEFENDANTS
MISSISSIPPI STATE UNIVERSITY

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on May 5, 2023. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 5th day of May, 2023.

                                                            /s/ Sharion Aycock
                                                            UNITED STATES DISTRICT JUDGE