

# United States District Court
# Northern District of Mississippi

Dr. Kay Morgan          Plaintiff

v.                                      CIVIL ACTION NO. 1:23-cv-00072-SA-DAS

Dr. Marty Bray et. al.       Defendant

## Motion to Seal Records and Documents

TO THE COURT AND ALL PARTIES INVOLVED:

I, Dr. Kay Morgan, plaintiff in the above-captioned case, moves the court, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure (FRCP), to seal the records and documents of this case from public view.

Wherefore, plaintiff respectfully prayed for that aforesaid motion to seal records and documents be properly moved and that orders, notices, documents, service, and other processes in the above-entitled case should be sealed from public view.

Dated: 5/26/2023                      Respectfully Submitted By,

                                                      Dr. Kay Morgan

Ms. Kay Morgan
28494 Norris Rd Apt 10
Bozeman, MT 59718

Dr. Kay Morgan
2122 New Hope Road
Columbus, MS 39702

United States District Court
Northern District of Mississippi
911 Jackson Avenue
Suite 369
Oxford, MS 38655